# United States Court of Appeals
# for the Fifth Circuit

United States Court of Appeals
Fifth Circuit

**FILED**
July 21, 2021

Lyle W. Cayce
Clerk

No. 20-50324
Summary Calendar

UNITED STATES OF AMERICA,

*Plaintiff—Appellee*,

*versus*

PAUL LAWRENCE WASHINGTON,

*Defendant—Appellant*.

Appeal from the United States District Court
for the Western District of Texas
USDC No. 6:06-CR-209-1

Before JOLLY, WILLETT, and ENGELHARDT, *Circuit Judges*.

PER CURIAM:*

Paul Lawrence Washington appeals the district court's order denying his motion for a sentence reduction under § 404 of the First Step Act of 2018. The Federal Public Defender (FPD) appointed to represent Washington on appeal has moved for leave to withdraw and has filed a brief in accordance

---

* Pursuant to 5TH CIRCUIT RULE 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIRCUIT RULE 47.5.4.

No. 20-50324

with *Anders v. California*, 386 U.S. 738 (1967). Since those filings, Washington has died.

In light of Washington's death, the FPD moves to dismiss the appeal as moot and to remand the case, with instructions for the district court to vacate its order and dismiss as moot Washington's motion to reduce his sentence. The Government agrees that such action is appropriate.

IT IS ORDERED that the FPD's motion for dismissal and remand is GRANTED. The appeal is DISMISSED as moot, the FPD's motion to withdraw is DENIED as unnecessary, and the case is REMANDED with direction to vacate the April 13, 2020 order denying a sentence reduction and to dismiss as moot Washington's August 8, 2019 motion to reduce his sentence under § 404 of the First Step Act of 2018.